

**OTJEN LAW FIRM, S.C.**
Attorneys at Law • Founded 1881

20935 Swenson Drive, Suite 310
Waukesha, WI 53186
Ph 262-777-2200
Fax 262-777-2201
www.otjen.com

Direct Dial (262) 777-2211
E-Mail ♦ rpezze@otjen.com

August 18, 2025

**VIA E-FILING**

The Honorable Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 364
Milwaukee, WI 53202

    Re:    Clark, Christopher v. Lucion Gygax
              Eastern District of Wisconsin Case No.: 25-CV-1029
              Our File No.: 250136

Dear Judge Adelman:

    I am filing this letter on behalf of Plaintiff and Defendant. We agree that it would be worthwhile to attempt a mediation in this case at this time. We are in the process of agreeing upon a mediator and confirming the mediator's availability for the mediation. We respectfully request that the scheduling conference be re-set on a date after the mediation has been completed. As soon as the mediation date is set, I will advise the Court of that date.

    Thank you for your kind consideration.

                                        Very Truly Yours,

                                        **OTJEN LAW FIRM, S.C.**

                                        /s/ Ronald G. Pezze, Jr.

                                        Ronald G. Pezze, Jr.

RGP/kmo

Cc:    All Counsel of Record